1024

[No. 47402-6-II.   Division Two.   December 28, 2016.]

PARKER ESTATES HOMEOWNERS ASSOCIATION, *Appellant*, v.
WILLIAM PATTISON ET AL., *Respondents*, BLUESTONE &
HOCKLEY REALTY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 13-2-00572-1, Gregory M. Gonzales, J., entered
February 23, 2015. *Reversed* and *remanded with instructions*
by unpublished opinion per Bjorgen, C.J., concurred in by
Worswick and Maxa, JJ. Now published at 198 Wn. App. 16.

[No. 47941-9-II.   Division Two.   December 28, 2016.]

JAMES KELLY, *Appellant*, v. CAVALRY PORTFOLIO SERVICES LLC,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 15-2-01097-6, Daniel L. Stahnke, J., entered
July 31, 2015. *Affirmed* by unpublished opinion per Mel-
nick, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 48134-1-II.   Division Two.   December 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW L.
WELLINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 14-1-03195-7, James R. Orlando, J., entered
September 4, 2015. *Affirmed* by unpublished opinion per
Bjorgen, C.J., concurred in by Johanson and Melnick, JJ.

[No. 48191-0-II.   Division Two.   December 28, 2016.]

GUY WAY ET AL., *Respondents*, v. JOHN CHOQUER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 15-2-02454-3, Derek J. Vanderwood, J., entered
September 25, 2015. *Affirmed* by unpublished opinion per
Bjorgen, C.J., concurred in by Johanson and Lee, JJ.